**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

JUSTIN SPANGLER and TRAVIS LEIGHTON, individually and on behalf of all those similarly situated,

Plaintiffs,

vs.

NATIONAL COLLEGE OF TECHNICAL INSTRUCTION, AMERICAN MEDICAL RESPONSE, INC., a Delaware Corporation, ENVISION HEALTHCARE CORPORATION, a Delaware Corporation, ENVISION HEALTHCARE HOLDINGS, INC., a Delaware Corporation, and DOES 1 through 1000,

Defendants.

Case No. 3:14-cv-03005-DMS-RBB

**ORDER GRANTING PRELIMINARY APPROVAL OF SETTLEMENT**

Judge: Hon. Dana M. Sabraw

Complaint filed: November 14, 2014
Removed: December 23, 2014

0

Upon consideration of the Unopposed Motion for Preliminary Approval of Settlement, and the arguments, pleadings, and evidence presented, IT IS HEREBY ORDERED that the Motion is GRANTED. The Court finds that the proposed settlement falls "within the range of possible approval, such that it is worthwhile to give the class notice of the settlement and proceed with a formal fairness hearing." *Kline v. Dymatize Enterprises, LLC*, No. 15-CV-2348-AJB-RBB, 2016 WL 6026330, at *2 (S.D. Cal. Oct. 13, 2016). Accordingly, the Court further ORDERS that:

- In accordance with the agreement of the Parties as expressed at the hearing regarding this Motion, Garden City Group, LLC is appointed as Settlement Administrator for the purposes of this Settlement.
- The Class Notice submitted by Plaintiffs is approved, subject to one addition. In Paragraph 11, entitled "What am I giving up in exchange for the settlement benefits?," the following language shall be added: "The Favorable Treatment claim is subject to a four-year limitation period, after which all claims are time-barred. That four-year time limitation has been tolled, or paused, since this lawsuit was filed on November 14, 2014. The time period will begin to run again if and when a final judgment is issued and the deadline to appeal has passed or all appeals have been resolved. If the harm for your Favorable Treatment claim was incurred close to the four-year limit prior to November 14, 2014, you may have to act quickly once the judgment is final to avoid your claim being time barred. Moreover, if you incurred harm pursuant to that claim more than four years prior to the filing of this case, or specifically before November 14, 2010, you may be unable to bring a separate action regarding the Favorable Treatment misrepresentations, as this lawsuit and its Settlement could not preserve those time-barred claims in any event."
- Within 30 calendar days from this Order, Class Notice of the Settlement will be mailed.

- The deadline for Class Members to file a Notice of Intent to Appear at the Final Approval Hearing, to file objections to the Settlement, or to opt out of the Settlement will be 45 days from the mailing of Class Notice.
- The deadline for Filing of a Motion for Final Approval will be 95 calendar days from the mailing of Class Notice.
- The deadline for the Settlement Administrator to accept, deny, or send to arbitration claims pursuant to Paragraphs III.A.10, III.B.8-9 and III.C.5 of the Settlement shall be 30 calendar days from the receipt of the last required evidentiary response under Paragraph III.A.7-8, III.B.7-8, or III.C.4-5, or 30 calendar days from the passing of any of the required deadlines in those paragraphs without receipt of the required evidentiary response, whichever comes first.
- The Final Approval Hearing is scheduled for **September 8, 2017**, at **1:30 p.m.**

**IT IS SO ORDERED.**

Dated: March 28, 2017

Hon. Dana M. Sabraw
United States District Judge